JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MVP REAL ESTATE GROUP, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>　　　　　DefendantS. | Case No. 2:20-CV-10044-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 **days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 30, 2021　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.